**No. 64781.**—Radio Corporation of America *v.* United States, protests 58/8621 and 58/13011 (New York).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of recording tapes similar in all material respects to those the subject of *Electric & Musical Industries (US), Ltd.* v. *United States* (42 Cust. Ct. 87, C.D. 2070), the claim of the plaintiff was sustained.

**No. 64782.**—Overseas Finance & Trading Co. and W. J. Byrnes & Co. *v.* United States, protest 313549–K (San Francisco).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the issues are the same in all material respects as those the subject of *John P. Herber & Co., Inc.* v. *United States* (30 Cust. Ct. 193, C.D. 1519), the protest was dismissed, and the matter was remanded to a single judge sitting in reappraisement for determination of the value of the merchandise in the manner provided by law (28 U.S.C. § 2636(d)).

**No. 64783.**—Morris Friedman *v.* United States, protest 59/27121 (Philadelphia).

Opinion by OLIVER, C. J. In accordance with stipulation of counsel that the merchandise consists of rosary bracelets the same in all material respects as those the subject of *The J. Orlando Co., Inc., et al.* v. *United States* (43 Cust. Ct. 115, C.D. 2114), the claim of the plaintiff was sustained.